No. 85–5027. HAYS v. HAYS. Sup. Ct. Alaska. Certiorari denied.

No. 85–5030. RAINE v. REAGAN, PRESIDENT OF THE UNITED STATES, ET AL. C. A. 7th Cir. Certiorari denied.

No. 85–5031. RASPALDO v. CARVER, SUPERINTENDENT, LEHIGH COUNTY PRISON. C. A. 3d Cir. Certiorari denied.

No. 85–5032. EAGLE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 85–5033. SMALLWOOD v. SCHMIDT, SECRETARY, DEPARTMENT OF PUBLIC SAFETY, ET AL. C. A. 4th Cir. Certiorari denied.

No. 85–5035. HERRERA-CEBALLOS ET AL. v. IMMIGRATION AND NATURALIZATION SERVICE ET AL. C. A. 5th Cir. Certiorari denied.

No. 85–5036. HUMPHREY v. UNITED STATES DISTRICT COURT OF THE MIDDLE DISTRICT OF GEORGIA. C. A. 11th Cir. Certiorari denied.

No. 85–5037. KELLY v. WARDEN, HOUSE OF CORRECTION. C. A. 4th Cir. Certiorari denied.

No. 85–5038. FAY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 85–5039. ABRAHAM v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 85–5041. CHANDLER v. LORD. C. A. 2d Cir. Certiorari denied.

No. 85–5043. MASTERS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 85–5047. BELL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 85–5049. SALMAN v. UNITED STATES SUPREME COURT. C. A. 9th Cir. Certiorari denied.